CYRUS BENEDICT, PLAINTIFF IN ERROR, v PETER M. MELICK, DEFENDANT IN ERROR.

In error to the Essex Circuit Court.

For the plaintiff in error, *P. W. Cross.*

For the defendant in error, *C. Borcherling.*

PER CURIAM. The judgment below should be affirmed, for the reasons given by the court below

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, DIXON, KNAPP, MAGIE, PARKER, REED, SCUDDER, VAN SYCKEL, CLEMENT, COLE, GREEN, KIRK, PATERSON, WHITAKER. 15.

*For reversal*—None.